IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUNTRUST BANK,

     *Plaintiff*,

v.                           **Case No.: 4:24v70-MW/MJF**

KAREN STRIPLING, et al.,

     *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. Plaintiff's motion to remand, ECF No. 3, is **GRANTED**. This case is **REMANDED** to the Circuit Court for the Fourteenth Judicial Circuit in and for Jackson County, Florida. The Clerk shall take all steps necessary to effect the remand and close the file.

**SO ORDERED on July 16, 2024.**

                             **s/Mark E. Walker**
                             **Chief United States District Judge**